**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| INTELLECTUAL TECH LLC,<br><br>                  Plaintiff,<br><br>      v.<br><br>ZEBRA TECHNOLOGIES CORPORATION,<br><br>                  Defendant. | Civil Action No.<br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Intellectual Tech LLC ("Intellectual Tech" or "Plaintiff") files this Complaint against Defendant Zebra Technologies Corporation ("Defendant" or "Zebra") for infringement of U.S. Patent No. 7,233,247 (the "'247 Patent"), and hereby allege as follows:

**NATURE OF THE ACTION**

1.      This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. §§ 1, *et seq*.

**PARTIES**

2.      Plaintiff Intellectual Tech LLC is a Texas limited liability company with a place of business located at 4000 Brooks Court, Argyle, Texas 76226.

3.      Upon information and belief, Defendant Zebra Technologies Corporation is a corporation having a principle place of business at 3 Overlook Point, Lincolnshire, Illinois 60069. Upon information and belief, Defendant can be served through its registered agent CT Corporation System, 208 South Lasalle St, Suite 814 Chicago , Illinois 60604.

## JURISDICTION AND VENUE

4.      This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

5.      Defendant is subject to this Court's specific and general personal jurisdiction due to its substantial business in this forum. For example, upon information and belief, Defendant is subject to the specific personal jurisdiction of this Court because Intellectual Tech's claims for patent infringement arise from Defendant's acts of infringement in the State of Texas. These acts of infringement include selling infringing products in the State of Texas and placing infringing products into the stream of commerce through an established distribution channel with full awareness that substantial quantities of the products have been shipped into the State of Texas. Therefore, this Court has personal jurisdiction over Defendant under the Texas long-arm statute, TEX. CIV. PRAC. & REM. CODE § 17.042.

6.      Venue is proper in this judicial district under 28 U.S.C. § 1400(b). Defendant has a regular and established place of business in this District, including without limitation, 14000 Summit Dr. #900, Austin, Texas 78728 and has committed and continues to commit acts of infringement in this District. For example, Defendant's regular and established place of business in Austin in this District is a physical building, as depicted below, with Zebra signage and a special "Zebra Employee Entrance" showing that Zebra employees work there. *See In re Cray Inc.*, 871 F.3d 1355, 1360 (Fed. Cir. 2017).





According to the Travis County Appraisal District, this building is owned by an entity known as

Xplore Technologies Corp. of America ("Xplore"), which was aquired by Zebra in July 2018.[1]

---

[1] https://www.zebra.com/us/en/about-zebra/newsroom/press-releases/2018/zebra-technologies-to-acquire-xplore-technologies.html

The Travis County Appraisal District lists the mailing address for the owner of the property as 3 Overlook Point, Lincolnline, IL 60069, which is the address for Zebra's corporate headquarters.

| Location | | | |
|---|---|---|---|
| Address: | 14000 SUMMIT DR 900 AUSTIN, TX 78728 | Mapsco: | |
| Neighborhood: | | Map ID: | |
| Neighborhood CD: | | | |

| Owner | | | |
|---|---|---|---|
| Name: | XPLORE TECHNOLOGIES CORP OF AMERICA | Owner ID: | 541668 |
| Mailing Address: | 3 OVERLOOK POINT LINCOLNLINE, IL 60069-4302 | % Ownership: | 100.0000000000% |
| | | Exemptions: | FR |



Solutions    Products    Services

Select Your Location :

**Lincolnshire, IL - Corporate Headquarters**
3 Overlook Point
Lincolnshire, Illinois 60069
USA Phone: **+1 847 634 6700**
Toll-free: **+1 866 230 9494**
Fax: **+1 847 913 8766**

As further shown in the screenshots below show, Xplore's website (www.xploretech.com) has no information and directs viewers to a Zebra website when selected.



These facts demonstrate that Zebra controls the physical building located at 14000 Summit Dr. #900, Austin, Texas 78728 and/or has ratified it as a Zebra place of business.

**PATENT-IN-SUIT**

7.     Intectual Tech is the owner and the assignee of U.S. Patent No. 7,233,247, entitled "Method and System for Employing RFID Tags in Automated Applications." Intellectual Tech holds the exclusive right to license the `247 Patent. Intellectual Tech has ownership of all substantial rights in the `247 Patent, including the right to exclude others and to enforce, sue and recover damages for past and future infringement. A true and correct copy of the `247 Patent is attached as Exhibit A and a true and correct copy of the Ex Parte Reexamination Certificate to the `247 Patent is attached as Exhibit B.

8. The `247 Patent is valid, enforceable and was duly issued in full compliance with Title 35 of the United States Code.

9. The `247 Patent generally covers a Radio Frequency Identification ("RFID") base unit that can communicate with any number of devices, such as computer networks, which allow for dynamic tailoring of the RFID base unit to any situation.

## ACCUSED PRODUCTS

10. Upon information and belief, Defendant makes, uses, offers to sell, sells, and/or imports RFID base units in various devices. These devices fit within six product categories: (1) Fixed RFID Readers; (2) RFID Handheld Readers; (3) Handheld Computers; (4) Wearable Computers; (5) Tablets; and (6) Printers (collectively, the "Accused Products").

11. Upon information and belief, the Accused Products are offered for sale and sold throughout the United States, including within this District.

12. Upon information and belief, Defendant has purposefully and voluntarily placed the Accused Products into the stream of commerce with the expectation that these products will be purchased and used by end users in the United States, including end users in this District.

13. Upon information and belief, Defendant provides direct and indirect support concerning the Accused Products to end users, including end users within this District.

## COUNT I
## INFRINGEMENT OF U.S. PATENT NO. 7,233,247

14. Intellectual Tech alleges and hereby incorporates by reference every allegation made in the foregoing paragraphs of this Complaint as if each were separately set forth herein.

15. In violation of 35 U.S.C. § 271, Defendant has directly infringed and continues to directly infringe, both literally and/or under the doctrine of equivalents, the `247 Patent by making, using, offering for sale, selling, and/or importing the Accused Products in the United States,

including within this District, that infringe at least one of claims 138, 144, 149, and 154 of the `247 Patent without the authority of Intellectual Tech.

16.     The claims of the `247 Patent are presumed valid.

17.     Each of the Accused Products is a device that serves as an RFID base unit. A representative example of the Accused Products for each product category is provided below.

**A.  Fixed RFID Readers.**

18.     A representative example of Zebra's Fixed RFID Reader would be the FX9600 Fixed UHF RFID Reader.



FX9600 Fixed UHF RFID Reader Spec Sheet, p. 1.

19.     Each of the Accused Fixed RFID Readers has a processor that is configured to employ various connection standards to communicate with other devices. For example, the representative Zebra FX9600 Fixed UHF RFID Reader has a microprocessor that can connect to other devices via Wi-Fi and Bluetooth.

**Directly connect to Wi-Fi networks and Bluetooth-enabled devices**

The FX9600 supports a Wi-Fi/Bluetooth dongle for direct wireless connectivity to your Wi-Fi network, as well as Bluetooth-enabled computers and other devices. There's no need for hard-wired connections to the access point.

FX9600 Fixed UHF RFID Reader Spec Sheet, p. 1.

| Processor | Texas Instruments AM3505 (600 Mhz) |
|-----------|-------------------------------------|

FX9600 Fixed UHF RFID Reader Spec Sheet, p. 2.

## RFID CHARACTERISTICS

| | |
|---|---|
| **Max Receive Sensitivity** | -86 dBm monostatic |
| **Air Protocols** | ISO 18000-63 (EPC Class 1 Gen 2 V2) |
| **Frequency (UHF Band)** | Global Reader: 902 MHz - 928 MHz (Also supports countries that use a part of this band), 865 MHZ - 868 MHz<br><br>US (only) Reader: 902 - 928 MHz |
| **Transmit Power Output** | 0 dBm to +33 dBm (POE+ 802.3at, Universal 24V DC Power Supply)<br><br>0 dBm to +31.5 dBm (POE 802.3af) |

FX9600 Fixed UHF RFID Reader Spec Sheet, p. 2.

**CONNECTIVITY**

| | |
|---|---|
| **Communications** | 10/100 BaseT Ethernet (RJ45); USB Host & Client (Type A & B); Serial (DB9) |
| **General Purpose I/O** | 4 inputs, 4 outputs, optically isolated (Terminal Block) |
| **Power Supply** | POE (802.3af) POE+ (802.3at) +24V DC (UL Approved) |
| **Antenna Ports** | FX9600-4: 4 monostatic ports; (Reverse Polarity TNC) FX9600-8: 8 monostatic ports; (Reverse Polarity TNC) |

FX9600 Fixed UHF RFID Reader Spec Sheet, p. 2.

20.     Each of the Fixed RFID Products includes an antenna and RF circuitry. For example, as stated above, the representative Zebra FX9600 Fixed UHF RFID Reader can communicate via Wi-Fi.  Further, the Zebra FX9600 Fixed UHF RFID Reader has eight RF ports. Upon information and belief, each of the Fixed RFID Products can interact with tagged items.

**High RF sensitivity for superior performance and efficiency**

The faster and more accurately you can receive, inventory, pick and ship, the more efficient and profitable your operation can be. The FX9600's eight highly sensitive monostatic RF ports provide the exceptionally high RF sensitivity required to deliver the greatest accuracy and longer read ranges. The result is the highest throughput in this class — even in the densest RF environments with challenging materials, such as metal or liquids.

FX9600 Fixed UHF RFID Reader Spec Sheet, p. 1.

---

21.     Each of the Accused Fixed RFID Readers includes an operating system. For example, the representative Zebra FX9600 Fixed UHF RFID Reader utilizes a Linux operating system:

| Operating System | Linux |
| --- | --- |

FX9600 Fixed UHF RFID Reader Spec Sheet, p. 2.

22.     Each of the Accused Fixed RFID Readers includes internal memory. For example, the representative Zebra FX9600 Fixed UHF RFID Reader has a 512 MB Flash and 256 MB DRAM for memory:

| Memory | Flash 512 MB; DRAM 256 MB |
| --- | --- |

FX9600 Fixed UHF RFID Reader Spec Sheet, p. 2.

23.     Each Accused Fixed RFID Reader is housed in a durable shockproof casing. For example, the representative Zebra FX9600 Fixed UHF RFID Reader incorporates a "rugged design for tough environments":

**Rugged design for tough environments**

An extremely durable diecast aluminum housing and IP53 sealing deliver the durability you need to ensure uptime — even in damp, dusty work areas, extreme heat or subzero temperatures.

FX9600 Fixed UHF RFID Reader Spec Sheet, p. 1.

24.     Upon information and belief, each of the Accused Fixed RFID Readers includes an RFID Base unit that is configured to transmit digital signals to an alternative security device

through a first communications channel.  For example, as stated above, the representative Zebra FX9600 Fixed UHF RFID Reader can communicate via numerous communications channels such as a bus, electrical wiring, Wi-Fi and/or Bluetooth. For example, the Accused Fixed RFID readers are configured to communicate with at least one server via a communications channel. In addition, the Accused Fixed RFID readers are configured to communicate with other devices in the network or vicinity of the Accused Fixed RFID readers.

25.     Each of the Accused Fixed RFID Readers includes an RFID Base unit that is configured to transmit signals through two or more communication channels other than the first communication channel.  For example, the representative Zebra FX9600 Fixed UHF RFID Reader can communicate via Wi-Fi and Bluetooth.

26. Upon information and belief, each of the Accused Products can be configured to store information related to authorization in its internal memory. For example, upon information and beleif the representative Zebra FX9600 Fixed UHF RFID Reader has a 512 MB Flash and 256 MB DRAM for internal memory that can store logins, registrations codes, authentication codes, or passwords to secure access to the device including authorization information when using Wi-Fi, Bluetooth, or other communication channels.

**B. Handheld RFID Readers.**

27.     A representative example of Zebra's Handheld RFID Reader would be the MC3330R Integrated UHF RFID Handheld Reader.



MC3330R Integrated UHF RFID Handheld Reader Spec Sheet, p. 1.

28.     Each of the Accused Handheld RFID Readers has a processor that is configured to employ various connection standards to communicate with other devices. For example, the representative Zebra MC3330R Integrated UHF RFID Handheld Reader has a microprocessor that can connect to other devices via Wi-Fi and Bluetooth:

| PERFORMANCE CHARACTERISTICS | |
| --- | --- |
| CPU | Qualcomm 8056 1.8 GHz hexa-core 64-bit with power optimization |

MC3330R Integrated UHF RFID Handheld Reader Spec Sheet, p. 3.

| CONNECTIVITY | |
|---|---|
| **Radio** | 802.11 a/b/g/n/ac/d/h/i/k/r/w |
| **Data Rates** | 2.4GHz: 144Mbps<br>5GHz: 867Mbps |
| **Operating Channels (depending on Regulatory)** | 2.4GHz: 1 to 13<br>5GHz: 36, 40, 44, 48, 52, 56, 60, 64, 100, 104, 108, 112, 116, 120, 124, 128, 132, 136, 140, (144), 149, 153, 157, 161, 165 |
| **Security and Encryption** | WEP, WPA/WPA2 PSK, WPA/WPA2 Enterprise |
| **Certifications** | 802.11n/ac, WMM-PS, WMM-AC, PMF, Voice Enterprise, Wi-Fi Direct, WPS |
| **Fast Roam** | PMKID/OKC/CCKM/802.11r |
| **Bluetooth** | v4.1, v2.1 + EDR w/ Bluetooth Low Energy (BLE) |

MC3330R Integrated UHF RFID Handheld Reader Spec Sheet, p. 3.

| RFID | |
|---|---|
| **Standards Supported** | EPC Class 1 Gen2; EPC Gen2 V2; ; ISO-18000-63 |
| **RFID Engine** | Zebra Proprietary Radio Technology |
| **Fastest Read Rate** | 900+ tags/sec |
| **Nominal Read Range** | ~19.7+ ft./~6+ m |
| **RFID Power Output** | 0 dBm to +30 dBm |
| **RFID Antenna Type** | Integrated Circular Polarized |
| **Frequency Range** | 865-928MHz<br>*Specific regional and country settings supported upon country selection |

MC3330R Integrated UHF RFID Handheld Reader Spec Sheet, p. 3.

29.    Each of the Accused Handheld RFID Readers includes an antenna and RF circuitry. For example, as stated above, the representative Zebra MC3330R Integrated UHF RFID Handheld Reader has connectivity via Wi-Fi and Bluetooth. Upon information and belief, each of the Fixed RFID Products can interact with tagged items.

| CONNECTIVITY | |
|---|---|
| Radio | 802.11 a/b/g/n/ac/d/h/i/k/r/w |

MC3330R Integrated UHF RFID Handheld Reader Spec Sheet, p. 3.

30.     Each of the Accused Handheld RFID Readers includes an operating system. For example, the representative Zebra MC3330R Integrated UHF RFID Handheld Reader utilizes an Android operating system:

| Operating System | Android 7.0 (Nougat)<br>GMS: Worldwide<br>AOSP: China and Israel only |
|---|---|

MC3330R Integrated UHF RFID Handheld Reader Spec Sheet, p. 3.

31.     Each of the Accused Handheld RFID Readers includes internal memory. For example, the representative Zebra MC3330R Integrated UHF RFID Handheld Reader has 4 GB/32 GB for memory:

| Memory | 4GB/32GB |
|---|---|

MC3330R Integrated UHF RFID Handheld Reader Spec Sheet, p. 3.

32.     Each of the Accused Handheld RFID Readers has a rechargeable battery. For example, the representative Zebra MC3330R Integrated UHF RFID Handheld Reader has a chargeable Ion battery:

**Extended battery life**
With the MC3330R's high capacity, field-replaceable PowerPrecision+ battery, you can count on dependable power for every shift. The battery lasts more than five hours with typical use — nearly 35% longer than the next leading competitor. A convenient LED indicator lets users know when to change the battery. And Zebra's PowerPrecision+ technology provides a full suite of metrics that make it easy to identify, remove and replace aging batteries.

MC3330R Integrated UHF RFID Handheld Reader Spec Sheet, p. 2.

33.     Each Accused Handheld RFID Reader is housed in a durable shockproof casing. For example, the representative Zebra MC3330R Integrated UHF RFID Handheld Reader incorporates "Zebra's signature rugged design":

**Zebra's signature rugged design**

**Rugged and ready for all-day use**
The MC3330R offers a new higher 5 ft./1.5 m drop specification and with IP54 sealing, it can handle splashing liquid and dust. The Corning Gorilla Glass touch panel and imager window bring maximum scratch-resistance and shatter-proofing to two of the most vulnerable device features. The result? Workers can drop the MC3330R on concrete and use it in dusty areas — and still expect reliable operation.

MC3330R Integrated UHF RFID Handheld Reader Spec Sheet, p. 1.

34.     Upon information and belief, each of the Accused Handheld RFID Readers includes an RFID Base unit that is configured to transmit digital signals to an alternative security device through a first communications channel.  For example, as stated above, the representative Zebra MC3330R Integrated UHF RFID Handheld Reader can communicate via Wi-Fi and Bluetooth.

35.     Each of the Accused Handheld RFID Readers includes an RFID Base unit that is configured to transmit signals through two or more communication channels other than the first communication channel.  For example, the representative Zebra MC3330R Integrated UHF RFID Handheld Reader can communicate via Wi-Fi and Bluetooth:

| RFID | |
|---|---|
| Standards Supported | EPC Class 1 Gen2; EPC Gen2 V2; ; ISO-18000-63 |
| RFID Engine | Zebra Proprietary Radio Technology |
| Fastest Read Rate | 900+ tags/sec |
| Nominal Read Range | ~19.7+ ft./~6+ m |
| RFID Power Output | 0 dBm to +30 dBm |
| RFID Antenna Type | Integrated Circular Polarized |
| Frequency Range | 865-928MHz<br>*Specific regional and country settings supported upon country selection |

MC3330R Integrated UHF RFID Handheld Reader Spec Sheet, p. 3.

| PERFORMANCE CHARACTERISTICS | |
|---|---|
| CPU | Qualcomm 8056 1.8 GHz hexa-core 64-bit with power optimization |

MC3330R Integrated UHF RFID Handheld Reader Spec Sheet, p. 3.

| CONNECTIVITY | |
|---|---|
| Radio | 802.11 a/b/g/n/ac/d/h/i/k/r/w |
| Data Rates | 2.4GHz: 144Mbps<br>5GHz: 867Mbps |
| Operating Channels (depending on Regulatory) | 2.4GHz: 1 to 13<br>5GHz: 36, 40, 44, 48, 52, 56, 60, 64, 100, 104, 108, 112, 116, 120, 124, 128, 132, 136, 140, (144), 149, 153, 157, 161, 165 |
| Security and Encryption | WEP, WPA/WPA2 PSK, WPA/WPA2 Enterprise |
| Certifications | 802.11n/ac, WMM-PS, WMM-AC, PMF, Voice Enterprise, Wi-Fi Direct, WPS |
| Fast Roam | PMKID/OKC/CCKM/802.11r |
| Bluetooth | v4.1, v2.1+ EDR w/ Bluetooth Low Energy (BLE) |

MC3330R Integrated UHF RFID Handheld Reader Spec Sheet, p. 3.

36.     Upon information and belief, each of the Accused Handheld RFID Readers can be configured to store information related to authorization in its internal memory. For example, the

representative Zebra MC3330R Integrated UHF RFID Handheld Reader has 4 GB/32 GB for internal memory that can store logins, registrations codes, authentication codes, or passwords to secure access to the device.

### C. Handheld Computer.

37.     A representative example of Zebra's Handheld Computer would be the MC9300 Mobile Computer.



MC9300 Handheld Mobile Computer Spec Sheet, p. 1.

38.     Each of the Accused Handheld Computers has a processor that is configured to employ various connection standards to communicate with other devices. For example, the representative Zebra MC9300 Mobile Computer has a microprocessor that can connect to other devices via Wi-Fi, NFC, and Bluetooth:

| CPU | Qualcomm Snapdragon™ 660 octa-core, 2.2 GHz |
|-----|---------------------------------------------|

MC9300 Handheld Mobile Computer Spec Sheet, p. 3.

**Wireless LAN**

| Radio | IEEE 802.11 a/b/g/n/ac/d/h/i/r/k/w; Wi-Fi certified; IPv4, IPv6, 2x2 MU-MIMO |
|---|---|
| Data Rates | **5GHz:** 802.11a/n/ac — up to 866.7 Mbps<br>**2.4GHz:** 802.11b/g/n — up to 300 Mbps |
| Operating Channels | Channel 1-13 (2412-2472 MHz); Chan 36-165 (5180-5825 MHz)<br>Channel Bandwidth: 20, 40, 80 MHz<br>Actual operating channels/ frequencies and bandwidths depend on regulatory rules and certification agency |
| Security & Encryption | WEP (40 or 104 bit); WPA/WPA2 Personal (TKIP and AES); WPA/WPA2 Enterprise (TKIP and AES) - EAP-TTLS (PAP, MSCHAP, MSCHAPv2), EAP-TLS, PEAPv0-MSCHAPv2, PEAPv1-EAP-GTC and LEAP, EAP-PWD<br>FIPS 140-2 Level 1: Data in Motion and Data at Rest |
| Multimedia | Wi-Fi Multimedia (WMM and WMM-PS; including TSPEC) |
| Certifications | WFA (802.11n, WMM-PS, 802.11ac, PMF, WMM-AC, Voice Enterprise, WiFi Direct and WPS 2.0) |
| Fast Roam | PMKID caching; Cisco CCKM; 802.11r; OKC |

**Wireless PAN**

| Bluetooth | Class 2, Bluetooth V5.0 with BR/EDR and Bluetooth Low Energy (BLE) Support |
|---|---|

MC9300 Handheld Mobile Computer Spec Sheet, p. 3.

39.     Each of the Accused Handheld Computers includes an antenna and RF circuitry. For example, as stated above, the representative Zebra MC9300 Mobile Computer has connectivity via radio. Upon information and belief, each of the Accused Handheld Computers can interact with other devices, including, for example, Defendant's Mobile Printers.

| Radio | IEEE 802.11 a/b/g/n/ac/d/h/i/r/k/w; Wi-Fi certified; IPv4, IPv6, 2x2 MU-MIMO |
|---|---|

MC9300 Handheld Mobile Computer Spec Sheet, p. 3.

40.     Each of the Accused Handheld Computers includes an operating system. For example, the representative Zebra MC9300 Mobile Computer utilizes an Android operating system:

| Operating System | Android 8.1 Oreo with Zebra's Restricted Mode for control over GMS and other services; services; upgradeable through Android R |
| --- | --- |

MC9300 Handheld Mobile Computer Spec Sheet, p. 3.

41.     Each of the Accused Handheld Computers includes internal memory. For example, the representative Zebra MC9300 Mobile Computer has 4 GB RAM/32 GB Flash pSLC for memory:

| Memory | 4 GB RAM/32 GB Flash pSLC |
| --- | --- |

MC9300 Handheld Mobile Computer Spec Sheet, p. 3.

42.     Each of the Accused Handheld Computers has a rechargeable battery. For example, the representative Zebra MC9300 Mobile Computer has a chargeable Ion battery:

| Power | Rechargeable Li-Ion: 3.6V, 7000mAh, (Freezer Capacity battery — 5000mAh) Both batteries offer: PowerPrecision+ with improved battery technology for longer cycle times and real-time visibility into battery metrics for better battery management, fast charging (up to 2.4A); hot swap battery backup with temporary session persistence |
| --- | --- |

MC9300 Handheld Mobile Computer Spec Sheet, p. 3.

43.     Each Accused Handheld Computer is housed in a durable shockproof casing. For example, the representative Zebra MC9300 Mobile Computer incorporates the "ultimate ultra-rugged design":

## THE ULTIMATE ULTRA-RUGGED DESIGN FOR EVERY ENVIRONMENT

### The Most Rugged Device in Its Class

When it comes to handling the harshest environments, the MC9300 is at the top of its class. The MC9300 is virtually waterproof, drop-proof, dust-proof and tumble-proof, offering superior reliability. And Corning Gorilla Glass brings maximum scratch-and-impact resistance to two of the most vulnerable device features — the display and exit window.

### A Model for the Most Challenging Environments

Regardless of whether your environment includes freezers, coolers or the presence of hazardous materials, there is an MC9300 model to meet your needs. The freezer model includes a heated scanner exit window and a freezer-rated battery. And the Class 1 Div 2 non-incendive model[1] enables mobile computing in areas with flammable gases and materials.

MC9300 Handheld Mobile Computer Spec Sheet, p. 2.

44.     Upon information and belief, each of the Accused Handheld Computers includes an RFID Base unit that is configured to transmit digital signals to an alternative security device through a first communications channel.  For example, as stated above, the representative Zebra MC9300 Mobile Computer can communicate via Wi-Fi, NFC, and Bluetooth.

45.     Each of the Accused Handheld Computers includes an RFID Base unit that is configured to transmit signals through two or more communication channels other than the first communication channel.  For example, as stated above, the representative Zebra MC9300 Mobile Computer can communicate via Wi-Fi, NFC, and Bluetooth.

46.     Upon information and belief, each of the Accused Handheld Computers can be configured to store information related to authorization in its internal memory. For example, the representative Zebra MC9300 Mobile Computer has 4 GB RAM/32 GB Flash pSLC for internal memory that can store logins, registrations codes, authentication codes, or passwords to secure access to the device.

**D.  Wearable Computer.**

47.     A representative example of Zebra's Wearable Computer would be the WT6000 Wearable Computer.



WT6000 Wearable Computer Spec Sheet, p. 1.

48.     Each of the Accused Wearable Computers has a processor that is configured to employ various connection standards to communicate with other devices. For example, the representative Zebra WT6000 Wearable Computer has a microprocessor that can connect to other devices via Wi-Fi, NFC, and Bluetooth:

| Processor | Quad-Core 1 GHz processor |
|-----------|---------------------------|

WT6000 Wearable Computer Spec Sheet, p. 2.

## WIRELESS DATA COMMUNICATIONS

| | |
|---|---|
| **Bluetooth** | Bluetooth 4.1 (Bluetooth Smart technology); Class 1 and Class 2 |
| **NFC** | Multiprotocol NFC reader |
| **Wireless LAN Radio** | IEEE 802.11a/b/g/n/ac |
| **Data Rates** | 5GHz: 802.11a/n — up to 135 Mbps; 802.11ac — Single-stream and dual-stream solution with data rates up to 433.3 and 866.7 Mbps<br>2.4GHz: 802.11b/g/n — up to 72.2 Mbps (one stream) 144.4 Mbps (dual stream) |
| **Operating Channels** | Channels 36 - 165 (5180 - 5835 MHz); Channels 1 - 13 (2412 - 2472 MHz) *(Actual operating channels/ frequencies depend on regulatory rules and certification agency)* |
| **Security and Encryption** | WEP, WPA - TKIP, WPA2- TKIP, WPA2-AES EAP-TTLS/PAP, EAP-TTLS/MSCHAPv2, PEAPv0/EAP-MSCHAPv2, PEAPv1/ EAP-GTC, TTLSMSCHAP, EAP-TLS, EAP-FAST (MSCHAPv2 and GTC), LEAP VPN functionality (L2TP, PPTP and IPSec) |
| **Multimedia** | Wi-Fi Multimedia™ (WMM) |

WT6000 Wearable Computer Spec Sheet, p. 2.

49.     Each of the Accused Wearable Computers includes an antenna and RF circuitry. For example, as stated above, the representative Zebra WT6000 Wearable Computer has connectivity via radio. Upon information and belief, each of the Accused Wearable Computers can interact with other devices including for example, Defendant's Mobile Printers.

| | |
|---|---|
| **Wireless LAN Radio** | IEEE 802.11a/b/g/n/ac |

WT6000 Wearable Computer Spec Sheet, p. 2.

50.     Each of the Accused Wearable Computers includes an operating system. For example, the representative Zebra WT6000 Wearable Computer utilizes an Android operating system:



| Operating System | Android Lollipop 5.1, Android Nougat 7.1 Both with Mobility Extensions (Mx) |
|---|---|

WT6000 Wearable Computer Spec Sheet, p. 2.

51.     Each of the Accused Wearable Computers includes internal memory. For example, the representative Zebra WT6000 Wearable Computer will have either 4GB Flash/1GB RAM or 8 GB/2GB RAM for memory:

| Memory | 4GB Flash (SLC); 1GB RAM (Android L) |
|---|---|
| | 8GB Flash (SLC); 2GB RAM (Android N) |

WT6000 Wearable Computer Spec Sheet, p. 2.

52.     Each of the Accused Wearable Computers has a rechargeable battery. For example, the representative Zebra WT6000 Wearable Computer has a chargeable Li-Ion battery:

| Power | Standard Battery - 3350 mAh capacity; Extended Battery - 5000mAh, PowerPrecision+; Li-Ion Battery Pack; Backup power - SuperCap technology for main battery hot swap |
|---|---|

WT6000 Wearable Computer Spec Sheet, p. 2.

53.     Each Accused Wearable Computer is housed in a durable shockproof casing. For example, the representative Zebra Wearable WT6000 Computer incorporates Zebra's "rugged" design:

**Rugged and Ready for Your Toughest Environments**
The WT6000 is dustproof, sprayproof, built to handle the subzero
temperatures in the freezer, as well as 1,000 tumbles. And the new
industry-best scratch-resistant Corning® Gorilla® Glass touchscreen
fortifies the most vulnerable part of any mobile computer — the display.

WT6000 Wearable Computer Spec Sheet, p. 2.

54.     Upon information and belief, each of the Accused Wearable Computers includes an RFID Base unit that is configured to transmit digital signals to an alternative security device through a first communications channel.  For example, as stated above, the representative Zebra WT6000 Wearable Computer can communicate via Wi-Fi, NFC, and Bluetooth.

55.     Each of the Accused Wearable Computers includes an RFID Base unit that is configured to transmit signals through two or more communication channels other than the first communication channel.  For example, as stated above, the representative Zebra WT6000 Wearable Computer can communicate via Wi-Fi, NFC, and Bluetooth.

56.     Upon information and belief, each of the Accused Wearable Computers can be configured to store information related to authorization in its internal memory. For example, the representative Zebra WT6000 Wearable Computer has 4GB Flash/1GB RAM or 8 GB/2GB RAM for internal memory that can store logins, registrations codes, authentication codes, or passwords to secure access to the device.

**E.  Tablets.**

57.     A representative example of Zebra's Tablets would be the L10 Android Rugged Tablet.



L10 Android Rugged Tablet Spec Sheet, p. 1.

58.     Each of the Accused Tablets has a processor that is configured to employ various connection standards to communicate with other devices. For example, the representative Zebra L10 Android Rugged Tablet has a microprocessor that can connect to other devices via Cellular, Wi-Fi, NFC, and Bluetooth:

| CPU | Qualcomm Snapdragon™ 660 octa-core 2.2 GHz |
|---|---|

L10 Android Rugged Tablet Spec Sheet, p. 3.

### Wireless WAN Data (Cellular)

| | |
|---|---|
| **Radio Frequency Band** | Supports Carrier Aggregation up to 3DL CA<br>Dual SIM slots<br>**LTE FDD:** Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 19, 20, 25, 26, 28, 66<br>**LTE TDD:** Bands 38, 39, 40, 41<br>**UMTS/HSPA/HSPA+:** Bands 1, 2, 4, 5, 8 |
| **GPS** | Autonomous and Concurrent GPS, GLONASS, Gallileo, BeiDou, and A-GPS. Supports IZat™ XTRA |

### Wireless LAN (WiFi)

| | |
|---|---|
| **Radio** | IEEE 802.11 a/b/g/n/ac/d/h/i/r/k/w; Wi-Fi™ certified; IPv4, IPv6, 2x2 MU-MIMO |
| **Data Rates** | 5GHz: 802.11a/n/ac — up to 866.7 Mbps<br>2.4GHz: 802.11b/g/n — up to 300 Mbps |
| **Security** | WEP (40 or 104 bit); WPA/WPA2 Personal (TKIP, and AES); WPA/WPA2 Enterprise (TKIP and AES) — EAP-TTLS (PAP, MSCHAP, MSCHAPv2), EAP-TLS, PEAPv0-MSCHAPv2, PEAPv1-EAP-GTC and LEAP. EAP-PWD |
| **Multimedia** | Wi-Fi Multimedia™ (WMM) |

### Wireless PAN

| | |
|---|---|
| **Bluetooth** | Class 2, Bluetooth v5.0, Bluetooth Low Energy (BLE) |

L10 Android Rugged Tablet Spec Sheet, p. 2.

59.     Each of the Accused Tablets includes an antenna and RF circuitry. For example, as stated above, the representative Zebra L10 Android Rugged Tablet has connectivity via Cellular, Wi-Fi, NFC, and Bluetooth. Upon information and belief, each of the Accused Tablets can interact with other devices including for example, Defendant's Mobile Printers.

| Radio Frequency Band | Supports Carrier Aggregation up to 3DL CA<br>Dual SIM slots<br>**LTE FDD:** Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 19, 20, 25, 26, 28, 66<br>**LTE TDD:** Bands 38, 39, 40, 41<br>**UMTS/HSPA/HSPA+:** Bands 1, 2, 4, 5, 8 |
|---|---|

L10 Android Rugged Tablet Spec Sheet, p. 3.

60.     Each of the Accused Tablets includes an operating system. For example, the representative Zebra L10 Android Rugged Tablet utilizes an Android operating system:

| Operating System | Android 8.1 Oreo with Zebra's Restricted Mode for control over GMS and other services |
|---|---|

L10 Android Rugged Tablet Spec Sheet, p. 3.

61.     Each of the Accused Tablets includes internal memory. For example, the representative Zebra L10 Android Rugged Tablet has 4GB/64GB or 128 GB eMMC; 8GB/128 GB eMMC for memory/storage:

| Memory/Storage | 4GB/64GB or 128GB eMMC; 8GB/128GB eMMC |
|---|---|

L10 Android Rugged Tablet Spec Sheet, p. 3.

62.     Each of the Accused Tablets has a rechargeable battery. For example, the representative Zebra L10 Android Rugged Tablet has a chargeable battery:

**Power**

Standard battery: 36 WHr with up to 9.8 hours[2]
Extended battery: 98 WHr with up to 26 hours[2]
Battery charge time[2]
- Standard battery: 2.75 hours with system off[3]
- Extended battery: 3.25 hours with system off[3]
Bridge battery (1 minute swap time)
- Hot swap battery
Input Voltage: 12-20V, AC Adapter: 19V

L10 Android Rugged Tablet Spec Sheet, p. 3.

63.     Each Accused Tablets is housed in a durable shockproof casing. For example, the representative Zebra L10 Android Rugged Tablet incorporates a "built-to-last rugged design":

## The ultimate in reliability and usability

### A built-to-last rugged design

This waterproof, dustproof and drop-proof tablet is built to handle it all. Drop in on concrete. Get it wet — even if the port covers are open. Use it in extreme heat and subzero cold, inside a truck, car or forklift — or where hazardous materials are present. And the lightweight magnesium frame is stronger than steel and won't twist, so you get durability without adding weight.

L10 Android Rugged Tablet Spec Sheet, p. 3.

64.     Upon information and belief, each of the Accused Tablets includes an RFID Base unit that is configured to transmit digital signals to an alternative security device through a first communications channel.  For example, as stated above, the representative Zebra L10 Android Rugged Tablet can communicate via Cellular, Wi-Fi, and Bluetooth.

65.     Each of the Accused Tablets includes an RFID Base unit that is configured to transmit signals through two or more communication channels other than the first communication channel.  For example, as stated above, the representative Zebra L10 Android Rugged Tablet can communicate via Cellular, Wi-Fi, and Bluetooth.

66.     Upon information and belief, each of the Accused Tablets can be configured to store information related to authorization in its internal memory. For example, the representative Zebra L10 Android Rugged Tablet has 4GB/64GB or 128 GB eMMC; 8GB/128 GB eMMC for internal memory that can store logins, registrations codes, authentication codes, or passwords to secure access to the device.

## F.  Printers.

67.     A representative example of Zebra's Printers would be the ZQ300 and iMZ Series Mobile Printers:



ZQ300 Series Mobile Printer Spec Sheet, p. 1.



iMZ220                    iMZ320

iMZ Series Mobile Printer Spec Sheet, p. 1.

68.     Each of the Accused Printers has a processor that is configured to employ various connection standards to communicate with other devices. For example, the representative Zebra ZQ300 and iMZ Series Mobile Printers have a microprocessor that can connect to other devices via Wi-Fi, NFC, and Bluetooth:

| COMMUNICATION AND INTERFACES CAPABILITIES | |
|---|---|
| WLAN | 802.11ac |
| WLAN Security | WEP, TKIP, AES encryption, WPA, WPA2, 801.1X (with WEP, WPA or WPA2) EAP- FAST, EAP- TTLS, EAP-TLS, PEAP, LEAP |
| WLAN Features Supported | 802.11r, 802.11d, 802.11i, Simultaneous WAN & BT 4.0, Fast roaming using Pairwise Master Key (PMK) caching, Opportunistic Key Caching (OKC), or EAP Fast Session resumption, Support for Ad Hoc mode |
| Internet Protocols over WLAN | UDP/TCP, DHCP/BootP, FTP/Mirror, HTTP, SMTP / POP3, Telnet, LPD, SNMP |
| Bluetooth | Dual Radio (802.11ac + BT BR/EDR LE4.0) |
| USB 2.0 | Client, Type- C™ connector |
| NFC | Passive NFC tag |
| Host OS Supported | Windows compatibility: (CE .NET, Pocket PC, Windows Mobile 2002, Windows Mobile 2003 SE, Windows XP, 2000 and NT via Zebra Windows printer driver and/or our Mobile SDK controls and other applications) Android 2.3, 4.0, 4.1, iOS 5, iOS 6, iOS 7, iOS 10 |
| User Interface | LEDs |

ZQ300 Series Mobile Printer Spec Sheet, p. 4.

**COMMUNICATION AND INTERFACE CAPABILITIES**

ZebraNet 802.11a/b/g/n radio with support for:
- WEP, TKIP and AES encryption
- WPA and WPA2
- 802.1x (with WEP, WPA or WPA2)
  - EAP-FAST, EAP-TTLS, EAP-TLS, PEAP, LEAP
- 802.11d and 802.11i
- Simultaneous Bluetooth 3.0 dual radio
- Wi-Fi Certification
- Fast roaming using Pairwise Master Key (PMK) caching, Opportunistic Key Caching (OKC), or EAP Fast Session resumption
- Support for Ad Hoc mode

USB 2.0

Bluetooth 2.1 (includes Bluetooth support for iOS devices)

Windows compatibility: (CE .NET, Pocket PC, Windows Mobile 2002, Windows Mobile 2003 SE, Windows XP, 2000 and NT via Zebra Windows printer driver and / or our Mobile SDK controls and other applications)

Android 2.3, 4.0, 4.1

iOS 5, iOS 6, iOS 7

Dual radio — 802.11a/b/g/n & Bluetooth 3.0

iMZ Series Mobile Printer Spec Sheet, p. 3.

69.   Each of the Accused Printers includes an antenna and RF circuitry. For example, as stated above, the representative Zebra ZQ300 and iMZ Series Mobile Printers have connectivity via radio to communicate via Wi-Fi, NFC and Bluetooth. Upon information and belief, each of the Accused Printers can interact with other devices, including, for example, Defendant's Handheld Computers.

70.   Each of the Accused Printers includes an operating system. For example, the representative Zebra ZQ300 and iMZ Mobile Printers utilize the Link-OS operating system:

**Operating System**      Link-OS®

ZQ300 Series Mobile Printer Spec Sheet, p. 4.

In addition to supporting the most popular operating systems of today's smartphones and tablets, the iMZ printers' Link-OS® software solutions rapidly configure, monitor and integrate Zebra® printers with your system.

iMZ Series Mobile Printer Spec Sheet, p. 1.

71.     Each of the Accused Printers includes internal memory. For example, the representative Zebra ZQ300 Series Mobile Printer has 128MB RAM, 256 MB Flash memory and the Zebra iMZ Series Mobile Printer has 128 MB RAM, 128 MB Flash memory:

| Memory | 128MB RAM, 256MB Flash (48 MB User Available) |
|---|---|

ZQ300 Series Mobile Printer Spec Sheet, p. 4.

- 400MHz 32-bit ARM® processor with 128 MB RAM
- 128 MB Flash (16 MB user available) supports downloadable programs, receipt formats, fonts and graphics

iMZ Series Mobile Printer Spec Sheet, p. 3.

72.     Each of the Accused Printers has a rechargeable battery. For example, the representative Zebra ZQ300 Mobile Label and Receipt Printer has a chargeable Li-Ion battery:

| Battery | Li-Ion 2280 mAh, 7.2V, PowerPrecision+ |
|---|---|

ZQ300 Series Mobile Printer Spec Sheet, p. 4.

- 1600 mAhr Li-Ion battery

iMZ Series Mobile Printer Spec Sheet, p. 3.

73.     Each Accused Printer is housed in a durable shockproof casing. For example, the representative Zebra ZQ300 Mobile Label and Receipt Printer incorporates Zebra's "durable" design:

**SUPERIOR INDUSTRIAL DESIGN —
DURABLE AND CONTEMPORARY**

**Sleek consumer styling on the outside —
with superior Zebra industrial design on the inside**
You get the best of both worlds with the ZQ300 Series. The lightweight
design ensures user comfort all shift long. The slim profile makes it easy
to use in tight spaces and cramped aisles without bumping into fixtures
or walls. And while its contemporary look fits right into the most design
conscious retail store, you get the durability for which Zebra is famous.
It's the only printer in its class to offer triple durability specifications:
IP54 sealing, a 5 ft./1.5 m drop specification and a 500-drop tumble
specification, which simulates the real-world tumbling that follows a drop.
The result? The ZQ300 Series simply works, even if your employees
drop it, bump it, use it in a dusty backroom or splash liquid on it.

ZQ300 Series Mobile Printer Spec Sheet, p. 1. Similarly, the Zebra iMZ Series Mobile Printer
advertises its ability to withstand multiple drops from 4 feet onto concrete without failure as a
prominent feature of the product:

- 4'/1.2 m drop to concrete (multiple times)

iMZ Series Mobile Printer Spec Sheet, p. 3.

74.     Upon information and belief, each of the Accused Printers includes an RFID Base
unit that is configured to transmit digital signals to an alternative security device through a first
communications channel.  For example, as stated above, the representative Zebra ZQ300 and
iMZ Mobile Printers can communicate via Wi-Fi, NFC, and Bluetooth.

75.     Each of the Accused Printers includes an RFID Base unit that is configured to
transmit signals through two or more communication channels other than the first
communication channel.  For example, as stated above, the representative Zebra ZQ300 and
iMZ Mobile Printers can communicate via Wi-Fi, NFC, and Bluetooth.

76.     Upon information and belief, each of the Accused Printers can be configured to store information related to authorization in its internal memory. For example, the representative Zebra ZQ300 Mobile Printer has 128MB RAM, 256 MB Flash memory and the Zebra iMZ Series Mobile Printer has 128 MB RAM, 128 MB Flash memory that can store logins, registrations codes, authentication codes, or passwords to secure access to the device.

77.     Based on the representative examples provided above, Defendant has and continues to directly infringe the `247 Patent, both literally and/or under the doctrine of equivalents, in violation of 35 U.S.C. § 271(a) by making, using, offering for sale, selling, and/or importing into the United States the Accused Products without the authority of Intellectual Tech.

78. Defendant has been on notice of the `247 Patent since at least the filing of this Complaint. *See Yeti Coolers, LLC v. Rtic Coolers, LLC*, No. 1:15-CV-00597-RP, 2016 WL 5956081, at *11 (W.D. Tex. Aug. 1, 2016) (citing *Script Sec. Sols. L.L.C. v. Amazon.com, Inc.*, 170 F. Supp. 3d 928, 937 (E.D. Tex. 2016)).

79.     In violation of 35 U.S.C. § 271(b), Defendant has indirectly infringed the `247 Patent by inducing its customers to directly infringe the `247 Patent, both literally and/or under the doctrine of equivalents, at least by providing its customers with instructions on using the Accused Products and by making, using, offering for sale, selling, and/or importing devices in the United States the Accused Products without the authority of Intellectual Tech.

80.     Upon information and belief, and in violation of 35 U.S.C. § 271(b), Defendant has indirectly infringed the `247 Patent by contribution knowing that the Accused Products would be combined with other components to infringe the `247 Patent and that the Accused Products have no substantial non-infringing use.

81.     Unless enjoined by this Court, Defendant will continue to infringe the `247 Patent.

82.   Because of Defendant's infringing activities, Intellectual Tech has suffered damages and will continue to suffer damages in the future.

## ADDITIONAL ALLEGATIONS

83.   Intellectual Tech has complied with 35 U.S.C. § 287.

## NOTICE OF REQUIREMENT OF LITIGATION HOLD

84.   Defendant is hereby notified they are legally obligated to locate, preserve, and maintain all records, notes, drawings, documents, data, communications, materials, electronic recordings, audio/video/photographic recordings, and digital files, including edited and unedited or "raw" source material, and other information and tangible things that Defendant knows, or reasonably should know, may be relevant to actual or potential claims, counterclaims, defenses, and/or damages by any party or potential party in this lawsuit, whether created or residing in hard copy form or in the form of electronically stored information (hereafter collectively referred to as "Potential Evidence").

85.   As used above, the phrase "electronically stored information" includes without limitation: computer files (and file fragments), e-mail (both sent and received, whether internally or externally), information concerning e-mail (including but not limited to logs of e-mail history and usage, header information, and deleted but recoverable emails), text files (including drafts, revisions, and active or deleted word processing documents), instant messages, audio recordings and files, video footage and files, audio files, photographic footage and files, spreadsheets, databases, calendars, telephone logs, contact manager information, internet usage files, and all other information created, received, or maintained on any and all electronic and/or digital forms, sources and media, including, without limitation, any and all hard disks, removable media, peripheral computer or electronic storage devices, laptop computers, mobile phones, personal data

assistant devices, Blackberry devices, iPhones, video cameras and still cameras, and any and all other locations where electronic data is stored. These sources may also include any personal electronic, digital, and storage devices of any and all of Defendant's agents, resellers, or employees if Defendant's electronically stored information resides there.

86.     Defendant is hereby further notified and forewarned that any alteration, destruction, negligent loss, or unavailability, by act or omission, of any Potential Evidence may result in damages or a legal presumption by the Court and/or jury that the Potential Evidence is not favorable to Defendant's claims and/or defenses. To avoid such a result, Defendant's preservation duties include, but are not limited to, the requirement that Defendant immediately notify its agents and employees to halt and/or supervise the autodelete functions of Defendant's electronic systems and refrain from deleting Potential Evidence, either manually or through a policy of periodic deletion.

## JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Intellectual Tech demands a trial by jury on all issues triable as such.

## PRAYER FOR RELIEF

Intellectual Tech requests that this Court find in its favor and against Defendant, and that this Court grant Intellectual Tech the following relief:

A.     An adjudication that Defendant has infringed the `247 Patent;

B.     An award of damages to be paid by Defendant adequate to compensate Intellectual Tech for Defendant's past infringement of the Patent-in-Suit and any continuing or future infringement through the date such judgment is entered (but in no event less than a reasonable

royalty in accordance with 35 U.S.C. § 284), including interest, costs, expenses and an accounting of all infringing acts;

C. A permanent injunction enjoining Defendant and its officers, agents, servants, employees, users, attorneys, and all those persons in active concert or participation with Defendant from the acts described in this Complaint;

D. Alternatively, an order requiring Defendant to pay an ongoing royalty in an amount to be determined for any continued infringement after the date judgment is entered;

E. An award of pre-judgment and post-judgment interest to the full extent allowed under the law, as well as their costs;

F. An award to Intellectual Tech of such further relief at law or in equity as the Court deems just and proper.

Dated: October 22, 2019          Respectfully submitted,

/s/ *Gary R. Sorden*
Gary R. Sorden
Texas Bar No. 24066124
gsorden@coleschotz.com
Aaron Davidson
Texas Bar No. 24007080
adavidson@coleschotz.com
Brian L. King
Texas Bar No. 24055776
bking@coleschotz.com

COLE SCHOTZ, P.C.
901 Main Street, Suite 4120
Dallas, Texas 75202
Tel: (469) 557-9390
Fax: (469) 533-1587

**ATTORNEY FOR PLAINTIFF
INTELLECTUAL TECH LLC**