IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DIVISION

| | |
|---|---|
| INTELLECTUAL TECH LLC § § *Plaintiff* § § vs. § § ZEBRA TECHNOLOGIES § CORPORATION § § *Defendant* | CIVIL ACTION FILE NO: WA:19-CV-00628-ADA |

### ORDER DENYING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Court hereby **DENIES** Defendant's Motion for Summary Judgment insofar as Defendant argues the asserted claims are invalid as indefinite. The Court considered this argument at the Claim Construction stage and declined to accept it then. It has not since changed its position. The Court **GRANTS** Plaintiff two weeks to respond to the remaining arguments set forth in Defendant's Motion for Summary Judgment. Any response will thus be due on November 19, 2020.

It is **SO ORDERED** on the **5th day of November, 2020**.

_____
Alan D Albright
United States District Judge