# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| INTELLECTUAL TECH LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> ZEBRA TECHNOLOGIES § <br> CORPORATION, § <br> § <br> Defendant. § <br> § | Civil Action No. 6:19-cv-00628 <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEAL
## (TO THE FEDERAL CIRCUIT)

Notice is hereby given that Plaintiff Intellectual Tech, LLC ("IT" or "Plaintiff"), in the above-named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the following:

1. Memorandum Opinion & Order Denying Plaintiff's Motion for Reconsideration and Reinstatement, entered on August 3, 2022 (Dkt No. 153);

2. Memorandum Opinion & Order Granting-in-Part-as-Modified and Denying-in-Part Defendant Zebra's Motion for Summary Judgment for Lack of Standing, entered May 20, 2022 (Dkt No. 144); and

3. any other rulings adverse to IT.

Submitted contemporaneously is the $500.00 docketing fee required under 28 U.S.C. § 1913 as prescribed by the Federal Circuit's fee schedule, and the $5.00 fee required under 28 U.S.C. § 1917.

Dated: September 2, 2022                                  Respectfully submitted,

/s/ Gary R. Sorden
Gary R. Sorden
Texas Bar No. 24066124
gsorden@coleschotz.com
Aaron Davidson
Texas Bar No. 24007080
adavidson@coleschotz.com
Niky R. Bagley (admitted via *pro hac vice*)
Texas Bar No. 24078287
nbagley@coleschotz.com
Brian L. King
Texas Bar No. 24055776
bking@coleschotz.com
James R. Perkins
Texas Bar No. 24074881
perkins@coleschotz.com

COLE SCHOTZ, P.C.
901 Main Street, Suite 4120
Dallas, Texas 75202
Tel: (469) 557-9390
Fax: (469) 533-1587

**ATTORNEYS FOR PLAINTIFF INTELLECTUAL TECH LLC**

## CERTIFICATE OF SERVICE

  I hereby certify that on September 2, 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas, Waco Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Gary R. Sorden*  
Gary R. Sorden
