**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL TECH LLC,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. 6:19-cv-00628-ADA |
| ZEBRA TECHNOLOGIES<br>CORPORATION, | §<br>§<br>§ | **JURY TRIAL DEMANDED** |
| Defendant. | §<br>§<br>§ | |

**PLAINTIFF INTELLECTUAL TECH LLC'S UNOPPOSED MOTION FOR
WITHDRAWAL OF COUNSEL**

Plaintiff Intellectual Tech LLC ("Plaintiff") respectfully requests that Sean N. Hsu be permitted to withdraw as counsel of record for Plaintiff.  Mr. Hsu is no longer employed at Cole Schotz P.C.  Cole Schotz P.C. will continue to represent Plaintiff.  The granting of this Motion imposes no delay and will not affect any deadlines in the case.  Further, the clerk is requested to terminate all CM/ECF notifications as to Sean N. Hsu for this action.  Counsel for Defendant Zebra Technologies Corporation does not object to the filing of this Motion.

2

| | |
|---|---|
| Dated: May 23, 2024 | Respectfully submitted,<br><br>*/s/ James R. Perkins*<br>Gary R. Sorden<br>Texas Bar No. 24066124<br>gsorden@coleschotz.com<br>Aaron Davidson<br>Texas Bar No. 24007080<br>adavidson@coleschotz.com<br>Kumar Vinnakota<br>Texas Bar No. 24042337<br>kvinnakota@coleschotz.com<br>Brian L. King<br>Texas Bar No. 24055776<br>bking@coleschotz.com<br>James R. Perkins<br>Texas Bar No. 24074881<br>perkins@coleschotz.com<br>Vishal Patel<br>Texas Bar No. 24065885<br>vpatel@coleschotz.com<br><br>COLE SCHOTZ, P.C.<br>901 Main Street, Suite 4120<br>Dallas, Texas 75202<br>Tel: (469) 557-9390<br>Fax: (469) 533-1587<br><br>**ATTORNEYS FOR PLAINTIFF INTELLECTUAL TECH LLC** |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2024, a true and correct copy of the foregoing was served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ James R. Perkins*
James R. Perkins

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Plaintiff conferred with counsel for Defendant on May 2, 2024, via email concerning the relief requested in this Motion. Defendant does not oppose this Motion.

*/s/ James R. Perkins*
James R. Perkins