**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL TECH LLC, | § | |
|     Plaintiff, | § | |
| | § | Civil Action No. 6:19-cv-00628-ADA |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| ZEBRA TECHNOLOGIES | § | |
| CORPORATION, | § | |
| | § | |
|     Defendant. | § | |
| | § | |

**PLAINTIFF INTELLECTUAL TECH LLC'S UNOPPOSED MOTION FOR**
**<u>WITHDRAWAL OF COUNSEL</u>**

Plaintiff Intellectual Tech LLC ("Plaintiff") respectfully requests that Niky R. Bagley be permitted to withdraw as counsel of record for Plaintiff. Ms. Bagley is no longer employed at Cole Schotz P.C. Cole Schotz P.C. will continue to represent Plaintiff. The granting of this Motion imposes no delay and will not affect any deadlines in the case. Further, the clerk is requested to terminate all CM/ECF notifications as to Niky R. Bagley for this action. Counsel for Defendant Zebra Technologies Corporation does not object to the filing of this Motion.

Dated: May 23, 2024

Respectfully submitted,

*/s/ James R. Perkins*
Gary R. Sorden
Texas Bar No. 24066124
gsorden@coleschotz.com
Aaron Davidson
Texas Bar No. 24007080
adavidson@coleschotz.com
Kumar Vinnakota
Texas Bar No. 24042337
kvinnakota@coleschotz.com
Brian L. King
Texas Bar No. 24055776
bking@coleschotz.com
James R. Perkins
Texas Bar No. 24074881
perkins@coleschotz.com
Vishal Patel
Texas Bar No. 24065885
vpatel@coleschotz.com

COLE SCHOTZ, P.C.
901 Main Street, Suite 4120
Dallas, Texas 75202
Tel: (469) 557-9390
Fax: (469) 533-1587

**ATTORNEYS FOR PLAINTIFF
INTELLECTUAL TECH LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2024, a true and correct copy of the foregoing was served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ James R. Perkins*
James R. Perkins

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Plaintiff conferred with counsel for Defendant on May 2, 2024, via email concerning the relief requested in this Motion. Defendant does not oppose this Motion.

*/s/ James R. Perkins*
James R. Perkins